UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETA TECHNOLOGY, INC. | * | CIVIL ACTION NO. 06-735-SCR |
| VERSUS | * | |
| STATE INDUSTRIAL PRODUCTS CORPORATION, REBECCA CRONIN, ERIC POUSSAN, LEONARD EAST AND TOM SCHLESSINGER | * * | MAGISTRATE JUDGE RIEDLINGER |

## ORDER

Pursuant to the Stipulation of Dismissal by the parties, this matter shall be and is hereby dismissed with prejudice, each party to bear his/her/its own costs and attorneys' fees.

Signed this 7th day of January, 2009, in Baton Rouge, Louisiana.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE


Approved As to Substance and Form:


/s/ Jennifer L. Anderson
Jennifer L. Anderson,
Attorney for Plaintiff

/s/Betty Burke Uzee
Betty Burke Uzee
Attorney for Defendants